UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED

NOV 20 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18CR1038 RLW/NCC |
| MARTAE BRAZIEL, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 6, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**MARTAE BRAZIEL,**

the defendant herein took a motor vehicle, Dodge Caravan, that had been transported, shipped, and received in interstate or foreign commerce, from O.D. by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
LINDA R. LANE, # 0011451IA
Assistant United States Attorney